No. 968.   McConnon *v.* United States; and

No. 982.   Postma *v.* United States.   C. A. 2d Cir. Certiorari denied.   *Isadore Katz* for petitioner in No. 968. *Barney Samelstein* for petitioner in No. 982.   *Solicitor General Rankin, Assistant Attorney General Olney, Beatrice Rosenberg* and *Julia P. Cooper* for the United States.

No. 978.   Personal Industrial Loan Corp. (now known as Beneficial Industrial Loan Corp.) *v.* Forgay.   C. A. 10th Cir.   Certiorari denied.   *Jackson R. Collins* and *Linn K. Twinem* for petitioner.

No. 987.   Eagle Lion Films, Inc., *v.* Szekely, also known as Pen.   C. A. 2d Cir.   Certiorari denied.   *Louis Nizer* and *Sidney Davis* for petitioner.   *Harold J. Sherman* for respondent.

No. 1002.   Fried *v.* United States et al.   C. A. 2d Cir. Certiorari denied.   *Morris K. Siegel* for petitioner.   *Solicitor General Rankin, Assistant Attorney General Rice, Ellis N. Slack* and *A. F. Prescott* for the United States, respondent.

No. 1007.   Block Drug Co. et al. *v.* University of Illinois Foundation.   C. A. 7th Cir.   Certiorari denied. *Benjamin B. Schneider* for petitioners.   *Charles J. Merriam* and *John Rex Allen* for respondent.

No. 1017.   Smoot Sand & Gravel Corp. *v.* Commissioner of Internal Revenue.   C. A. 4th Cir.   Certiorari denied.   *David R. Shelton* for petitioner.   *Solicitor General Rankin, Assistant Attorney General Rice* and *A. F. Prescott* for respondent.